Decided March 12, 2004

## STATE OF CONNECTICUT *v.* RICHARD KOSLIK

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 746 (AC 23570), is denied.

*Joaquina Borges King,* special public defender, in support of the petition.

*Eliot D. Prescott,* assistant attorney general, in opposition.

Decided March 12, 2004

## EXECUTIVE SERVICES, INC., ET AL. *v.* JADWIGA KARWOWSKI ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 124 (AC 23686), is denied.

*Martin M. Rizzi,* in support of the petition.

Decided March 12, 2004